UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

       Plaintiff,

v.                                                          Case No. 8:04-cr-374-T-30AEP

FABIO ENRIQUE OCHOA-VASCO,

       Defendant.


**PRELIMINARY ORDER OF FORFEITURE FOR
SPECIFIC PROPERTY AND FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States'

Motion for entry of a Preliminary Order of Forfeiture (Doc. 434), pursuant to the

provisions of 21 U.S.C. §§ 853(a), 970, and Fed. R. Crim. P. 32.2(b)(2), which, upon

entry, shall become a final order of forfeiture as to defendant Fabio Enrique Ochoa-

Vasco's right, title, and interest in the following specific property:

**I.**    **INDIVIDUALLY HELD ASSETS**

      (Approximate Value:$ 5,567,902.00)

    *A.*    *U.S. Assets Not Frozen By OFAC*

        1.    Wachovia Bank Account Number 1010038424508, held in the
             name of GLORIA ELISA BRISENO, with an approximate value
             of $47,902.18.

    *B.*    *U.S. Assets Frozen By OFAC*

1. The real property, including all improvements thereon and appurtenances thereto, located at 10441 S.W. 80th Street, Miami, Florida, and titled to FABIO OCHOA JR., with an approximate value of $100,000.00.

2. The real property, including all improvements thereon and appurtenances thereto, located at 10340 S.W. 154th Place, # 41, Miami, Florida, and titled to ANASTASHA OCHOA), with an approximate value of $130,000.00.

C. *Colombian Assets*

1. Colombian Soccer Player rights to SEBASTIAN HERNANDEZ, worth approximately $200,000.00.

2. Four apartments in Medellin associated with IRSA, with an approximate value of $800,000.00.

3. Island San Bernardo without title, which has an approximate value of $ 1,000,000.00.

4. One apartment in Bogota worth approximately $ 150,000.00.

5. HOTEL LA CASCADA in Girardot worth approximately $350,000.00.

D. *Mexican Assets*

1. Ten apartments in Cancun worth approximately $800,000.00.

2. 60 lots in Jilquipan worth approximately $180,000.00.

3. One lot in San Lucas Barriles worth approximately $60,000.00.

4. One lot in Michuacan worth $30,000.00.

5. Guadalajara Residence worth approximately $800,000.00.

6. $300,000.00 loan to "Maestro" due on or about January 2010.

7. $420,000.00 loan to "Humberto" due in 2011.

8.      Four lots in Guadalajara worth approximately $200,000.00

E.      *Venezuelan Assets*

1.      One Aircraft worth approximately $325,000 .00.

## II.    CORPORATE ASSETS

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| **OFAC Designation of FEOV Entities 3/28/07** | | | | |
| ACUICOLA SANTA CATALINA S.A. | Jaime Mor Saab / Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc. 302, Bogota, Colombia | NIT # 830010809-5 | $245,338.57 |
| AQUAMARINA ISLAND INTERNATIONAL CORPORATION | Fabio Enrique Ochoa Vasco via Angel Gonzalez Betancur | Avenida Cuba Calle 38, Edificio Los Cristales Piso 3 Panama City, Panama | RUC # 2120851397079 | $0.00 |
| AUDITORES ESPECIALIZADOS LTDA | Fernando Maldonado Escobar | Calle 93 No. 14-20 Ofc. 611, Bogota, Colombia | NIT # 830041980-1 | $14,720.31 |
| C.I. OTILIA FLOWERS S.A. | Marco Antonio Gil Garzon | Carrera 11 No. 94-02 Ofc. 405, Bogota, Colombia | NIT # 800207350-5 | $24,533.86 |
| CABLES NACIONALES S.A. | Ricardo Castro Garzon | Calle 111 No. 34-139, Barranquilla, Colombia | NIT # 802005017-7 | $0.00 |
| CASTRO CURE Y CIA. S. EN C. | Ricardo Castro Garzon | Calle 111 No. 34-139, Barranquilla, Colombia | NIT # 802001885-5 | $98,135.43 |
| CENTRO DE BELLEZA SHARY VERGARA | Carlos Heneris Varela Serna | Carrera 54 No. 72-80 Local 25, Barranquilla, Colombia | | $0.00 |
| COMERCIALIZADORA MOR GAVIRIA S.A. | Jaime Mor Saab | Avenida Pedro Vicente Maldonado N229 y Rivas, Edificio Centro Comercial El Recreo, Local 24F, Pichincha, Quito, Ecuador | RUC # 1791813359001 | $0.00 |
| COMERCIALIZADORA MORDUR S.A. | Jaime Mor Saab | Avenida Pedro Vicente Maldonado 14-205, Edificio Centro Comercial El Recreo, Local 22F, Pichincha, Quito, Ecuador | RUC # 1791315820001 | $0.00 |
| CONSTRUCTORA AMERICA S.A. | Marco Antonio Gil Garzon | Carrera 63 No. 17-07 Bogota, Colombia | NIT # 830125002-3 | $0.00 |
| CONSTRUCTORA IRAKA S.A. | Jaime Mor Saab / Marco Antonio Gil Garzon | Carrera 7 No. 132-82 Bogota, Colombia | NIT # 830111113-1 | $196,270.85 |
| COOPERATIVA DE SERVICIO DE TRANSPORTE DE CARGA DE COLOMBIA LTDA. | Carlos Heneris Varela Serna | Calle 30 No. 10-50, Barranquilla, Colombia | NIT # 802019665-0 | $0.00 |
| CURE SABAGH Y CIA. S.C.S. | Ricardo Castro Garzon | Calle 32 No. 43A-89, Barranquilla, Colombia | NIT # 802000463-6 | $24,533.86 |
| DESARROLLO GEMMA CORPORATION | Martin HODWALKER MARTINEZ | Calle 52 Bella Vista, Chalet # 17, Panama City, Panama | RUC # 25544701403775 | $0.00 |

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| DURATEX S.A. | Fabio Enrique Ochoa Vascovia Jaime Mor Saab | Carrera 63 No. 17-07 Bogota, Colombia; | NIT # 800054668-3 | $500,000.00 |
| FISHING ENTERPRISE HOLDING, INC. | Fabio Enrique Ochoa Vascovia Angel Gonzalez Betancur | Avenida Samuel Lewis, Edificio Comosa, Piso 16, Panama City, Panama | RUC # 2120741397076 | $0.00 |
| FLORIDA SOCCER CLUB S.A. | Fabio Enrique Ochoa Vasco | Calle 48 No. 70-80 Ofc. 115, Medellin, Colombia | NIT # 811046159 | $392,541.71 |
| FUDIA LTDA. | Ricardo Castro Garzon | Calle 111 No. 36B-17, Barranquilla, Colombia | NIT # 800230555-4 | $24,533.86 |
| GAVIRIA MOR Y CIA. LTDA. | Jaime Mor Saab | Calle 16 No. 11-82 Ofc. 302, Girardot, Colombia | NIT # 800212771-2 | $14,720.31 |
| GERENCIA DE PROYECTOS Y SOLUCIONES LTDA. | Jaime Mor Saab / Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc. 302, Bogota, Colombia | NIT # 800231600-2 | $4,906.77 |
| GIMNASIO BODY AND HEALTH | Fernando Alberto Fernandez Castro ("Fercho") | Calle 80 No. 75-210, Barranquilla, Colombia | | $0.00 |
| HOTEL LA CASCADA S.A. | Fabio Enrique Ochoa Vasco | Carrera 12 Avenida 25 Esquina, Girardot, Colombia | NIT # 890601336-8 | $373,895.98 |
| INMOBILIUM INVESTMENT CORP | Fabio Enrique Ochoa Vascovia Porfirio Cadenas Viramontes | Avenida Frederico Boyd y Calle 51, Edificio Torre Universal, Piso 3, Panama City, Panama | RUC # 4055231267286 | $0.00 |
| INTERNACIONAL DE PROYECTOS INMOBILIARIA IPI S.A. | Jaime Mor Saab | Avenida Pedro Vicente Maldonado 744, Edificio Centro Comercial El Recreo, Local 24I, Pichincha, Quito, Ecuador | RUC # 1791843436001 | $0.00 |
| INVERSIONES AGROPECUARIA ARIZONA LTDA | Ricardo Castro Garzon | Calle 82 No. 43-21 Ofc. 1C, Barranquilla, Colombia | NIT # 802019694 | $0.00 |
| INVERSIONES MPS S.A. | Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc. 302, Bogota, Colombia | NIT # 800231392-5 | $245,338.57 |
| INVERSIONES Y REPRESENTACIONES S.A. | Fabio Enrique Ochoa Vasco | Carrera 43A No. 16A Sur 38, Barrio El Poblado, Medellin, Colombia | NIT # 811040270-5 | $392,541.71 |
| KARIAN LTDA | Jorge Mor Nassar and family | Calle 23 No. 68A-95, Bogota, Colombia | NIT # 800166692-1 | $33,366.05 |
| LAVADERO EL CASTILLO | Ricardo Castro Garzon | Carrera 84 No. 32B-40, Medellin, Colombia | | $0.00 |
| LIZZY MUNDO INTERIOR | Fabio Enrique Ochoa Vasco | Justo Sierra 1963, Guadalajara, Jalisco, Mexico | | $0.00 |
| MARTIN HODWALKER M. & CIA. S. EN C., | Martin David Hodwalker Martinez | Via 40 No. 67-42, Barranquilla, Colombia | NIT # 802007314-9 | $588,812.56 |
| MAYOR COMERCIALIZADORA LTDA. | Jorge Mor Nassar and family | Carrera 40 No. 169-30 Barrio Toberin, Bogota, Colombia | NIT # 80008288-4 | $245,338.57 |
| MC OVERSEAS TRADING COMPANY SA DE CV | Fabio Enrique Ochoa Vasco | Justo Sierra 1963, Guadalajara, Jalisco, Mexico | | $0.00 |

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| MOR ALFOMBRAS ALFOFIQUE S.A. | Jorge Mor Nassar and family | Carrera 40 No. 169-32, Bogota, Colombia | NIT # 830081048-0 | $392,541.71 |
| MOR GAVIRIA Y CIA. S.C.S. SOCIEDAD DE COMERCIALIZACION INT C.I. | Jaime Mor Saab | Carrera 63 No. 17-07, Bogota, Colombia | NIT # 860535567-0 | $0.00 |
| ORIMAR LTDA | Ricardo Castro Garzon cousins | Carrera 19 No. 57-33, Bogota, Colombia | NIT # 801076804-7 | $14,720.31 |
| OVERSEAS TRADING COMPANY | Fabio Enrique Ochoa Vasco | 7A Avenida 9-15, Zona 12 Colonia La Reformita, Guatemala City, Guatemala | NIT # 2500971-0 | $0.00 |
| PROMOCIONES E INVERSIONES LAS PALMAS S.A. | Jaime Mor Saab / Gustavo Pabon Alvarado | Carrera 9 No. 100-97 Ofc. 412, Bogota, Colombia | NIT # 800236023-5 | $2,257,114.82 |
| PROYECTOS Y SOLUCIONES INMOBILIARIA LTDA. | Jaime Mor Saab / Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc. 302, Bogota, Colombia | NIT # 800014349-8 (Colombia) | $254,514.23 |
| PROYECTOS Y SOLUCIONES S.A. | Jaime Mor Saab / Gustavo Pabon Alvarado | Carrera 63 No. 17-07, Bogota, Colombia | NIT # 800231601-1 | $0.00 |
| ROCK FISH IMPORT EXPORT E.U. | Javier Hooker Taylor | Avenida Juan XXIII, San Andres, Colombia | NIT # 827000913-1 | $0.00 |
| SUPER BOYS GAMES LTDA. | Jaime Mor Saab | Carrera 40 No. 168-67, Bogota, Colombia | NIT # 830004047-5 | $19,627.09 |
| TRANSPORTES MICHAEL LTDA. | Carlos Heneris Varela Serna | Calle 30 No. 10-50, Barranquilla, Colombia | NIT # 802024118-3 | $196,270.85 |
| VERANILLO DIVE CENTER LTDA. | Martin Hodwalker Martinez | Via 40 No. 67-42, Barranquilla, Colombia | NIT # 802008393-5 | $0.00 |
| YAMAHA VERANILLO DISTRIBUIDORES | Martin Hodwalker Martinez | Via 40 No. 67-42, Barranquilla, Colombia | | $0.00 |
| **OFAC Designation of FEOV Entities 6/12/09** | | | | |
| CIMIENTOS LA TORRE S.A. DE C.V. | Luis Pacheco Mejia | Calle San Uriel 690, Interior 10, Piso 4, Colonia Chapalita, Guadalajara, Jalisco, Mexico | | $378,678.87 |
| COMERCIALIZADORA DE CAPITALES LTDA. | John Jairo Gallego Valencia | Carrera 48C No. 15 Sur-68, Medellin, Colombia; Carrera 43C No. 70-73, Piso 2, Medellin, Colombia | NIT # 811032525-4 | $336,469.81 |
| CORPORACION DE CONSULTORIA, ASESORIA, PRESTACION DE SERVICIOS Y DOTACION DE ELEMENTOS Y SUMINISTROS CIA. LIMITADA (CORDES CIA. LTDA.) | Angel Horacio Gonzalez Betancur | Calle 71C No. 4N-19, Cali, Colombia | NIT # 830502730-4 | $44,160.94 |
| CUMBRES SOLUCIONES INMOBILIARIAS S.A. DE C.V. | Cesar Alejandro Hernandez Ortega | Avenida Miguel Angel 18, Colonia Real Vallarta, Zapopan, Jalisco, Mexico | | $378,678.87 |
| GRANOPRODUCTOS AGRICOLAS S.A. DE C.V | Luis Pacheco Mejia | Zona Conurbada, Guadalajara, Jalisco, Mexico | | $11,360.37 |
| GRUPO C.L.P. CONSTRUCTORA S.A. DE C.V. | Luis Pacheco Mejia | Calle San Uriel 690, Interior 10, Piso 4, Colonia Chapalita, Guadalajara, Jalisco, Mexico | | $5,680.18 |

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| GRUPO CONSTRUCTOR INMOBILIARIO PACAR S.A. DE C.V. | Luis Pacheco Mejia | Guadalajara, Jalisco, Mexico | | $3,786.79 |
| HODWALKER Y LEAL Y CIA. S.C.A. | Martin David Hodwalker Martinez | Via 40 No. 67-20/42, Barranquilla, Colombia | NIT # 900074434 | $471,050.05 |
| KELVEDON LIMITED | Jaime Mor Saab | 1446 West Bay Road, Georgetown, Grand Cayman, Cayman Islands | | $50,000.00 |
| MIRASOL INTERNATIONAL LIMITED | Jaime Mor Saab | Road Town, Tortola, British Virgin Islands | | $50,000.00 |
| MISION INMOBILIARIA LIMITADA | Gustavo Pabon Alvarado | Calle 100 No. 60-04, Oficina 506, Bogota, Colombia | NIT # 900146213-4 | $7,360.16 |
| PARQUE ECOLOGICO RECREACIONAL DE LAS AGUAS DE GIRARDOT LIMITADA | Jaime Mor Saab | Carrera 19 No. 28-200 Barrio Gaitan, Girardot, Colombia | NIT # 900034947-0 | $2,894,995.09 |
| SHARDAE VENTURES INC. | Jaime Mor Saab | Road Town, Tortola, British Virgin Islands | | $50,000.00 |
| TECNICAR DIAGNOSTICENTRO S.A. | John Jairo Gallego Valencia | Carrera 48 No. 25AA Sur-13 Barrio Las Vegas, Envigado, Colombia | NIT # 811046795-7 | $147,203.14 |
| YAMAHA MUNDIAL LIMITADA | Martin David Hodwalker Martinez | Carrera 4 No. 5A-03, Santa Marta, Colombia | NIT # 900016791-2 | $7,360.16 |
| | | | TOTAL (USD): | $11,391,102.38 |

## Colombian Seized Assets

| No. | Fecha Bien Ocupado | Matricula | Propiedad De | Deparamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 26/06/2009 | 50N-20109427 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 2 | 26/06/2009 | 50N-20109426 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 3 | 26/06/2009 | 50N-20109428 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 4 | 26/06/2009 | 50N-20109454 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 5 | 26/06/2009 | 50N-20109461 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 6 | 26/06/2009 | 50N-20109463 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 7 | 26/06/2009 | 50N-20109480 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |

| No. | Fecha Bien Ocupado | Matricula | Propiedad De | Deparamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 26/06/2009 | 50N-20109575 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 9 | 26/06/2009 | 50N-20109576 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 10 | 26/06/2009 | 50N-20109577 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 11 | 26/06/2009 | 50N-20109600 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 12 | 26/06/2009 | 50N-20109601 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 13 | 26/06/2009 | 50N-20488325 | ACSA ACROPOLIS CONSTRUCCIONE S S.A | Bogota | Bogota | Bogota | Urbano | Calle 101 No 17-26 APTO 302 Edificio Navarra 101 P.H. | $190,000,000 |
| 14 | 26/06/2009 | 50N-20488333 | ACSA ACROPOLIS CONSTRUCCIONE S S.A | Bogota | Bogota | Bogota | Urbano | Calle 101 No 17-26 APTO 302 Edificio Navarra 101 P.H. | $320,000,000 |
| 15 | 26/06/2009 | 50N-20488328 | ACSA ACROPOLIS CONSTRUCCIONE S S.A | Bogota | Bogota | Bogota | Urbano | Calle 101 No 17-26 APTO 302 Edificio Navarra 101 P.H. | $216,000,000 |
| 16 | 26/06/2009 | 176-61947 | LUIS FERNANDO VILLAMARIN RAMIREZ Y SORAYA MOOR SAAB | Cundinamarca | Sopo | Aposentos | Urbano | Parcelacion Aposentos Propiedad Horizontal Lote No 10 | $26,000,000 |
| 17 | 26/06/2009 | 50N-20034436 | FERNANDO MALDONADO ESCOBAR Y CLAUDIA CRISTINA SERNA GALLEGO | Bogota | Bogota | Bogota | Urbano | Carrera 49 No 129-68 Int 53 Conjunto Residencial Plazuela De Iberia | $140,000,000 |
| 18 | 26/06/2009 | 176-62251 | ERIKA LANGTON DE CAICEDO | Cundinamarca | Sopo | Aposentos | Rural | Parcelacion Aposentos Propiedad Horizontal. Lote 313 | $25,000,000 |
| 19 | 26/06/2009 | 307-751 | LILIANA GAVIRIA DE MOR Y OTROS | Cundinamarca | Girardot | Girardot | Urbano | Calle 16 Oficina No 302 Edificio Colseguros | $6,000,000 |
| 20 | 26/06/2009 | 307-6060 | SOCIEDAD LAJEAN LTDA | Cundinamarca | Bogota | Bogota | Bogota | Condominio Campestre El Penol Segundo Sector Lote No 70 | $25,000,000 |
| 21 | 26/06/2009 | 307-43478 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 17 No 10-29 Edificion Centro Comercial El Tunel De Giradot Local 101 | $7,000,000 |
| 22 | 26/06/2009 | 307-56779 | LILIANA GAVIRIA DE MOR Y OTROA | Cundinamarca | Girardot | Girardot | Urbano | Carrera 8 No 29-09 o Calle 8 No 7B-18 MAZ E Lote 2 | $132,357,000 |

| No. | Fecha Bien Ocupado | Matricula | Propiedad De | Deparamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 26/06/2009 | 307-752 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 16 Oficina No 303 Edificio Colseguros | $7,500,000 |
| 24 | 26/06/2009 | 307-753 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 16 Oficina No 303A Edificio Colseguros | $7,500,000 |
| 25 | 26/06/2009 | 307-56780 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Carrera 8 No 29-09 o Calle 29 No 7B-30 MAZ E Lote 3 | $132,357,000 |
| 26 | 26/06/2009 | 307-43481 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 17 No 10-29 Edificion Centro Comercial El Tunel De Girardot Local 104 | $11,000,000 |
| 27 | 26/06/2009 | 307-26483 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 30 No 7A-28 Urbanizacion La Magdalena | $24,000,000 |
| 28 | 26/06/2009 | 307-27097 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Carrera 7B No 29-27 | $99,946,671 |
| 29 | 26/06/2009 | 50C-1437778 | LILIANA GAVIRIA DE MOR | Bogota | Girardot | Girardot | Urbano | Edificio Aparta Suites Calle 95 | $125,940,000 |
| 30 | 26/06/2009 | 50N-973161 | CLAUDIA CRISTINA SERNA GALLEGO | Bogota | Bogota | Bogota | Urbano | Transversal 10 No 101-07 Oficina 412 Piso 4 Edificio Round Point Calle 100 | $34,600,000 |
| 31 | 26/06/2009 | 366-12090 | SILVIO YEPE VELEZ | Tolima | Carmen De Apicala | Oloche | Rural | El Cerrito o Sector D | $8,500,000 |
| 32 | 26/06/2009 | 307-69219 | PARQUE ECOLOGICO RECREACIONAL DE LAS AGUAS DE GIRARDOT LTDA | Cundinamarca | Girardot | Girardot | Urbano | Lote | $2,274,672,000 |
| 33 | 26/06/2009 | 50N-20164005 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No. 19-46 APTO 204 Edificio Santa Cruz De Los Molinos | $22,260,000 |
| 34 | 26/06/2009 | 50N-20164006 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No. 19-46 APTO 204 Edificio Santa Cruz De Los Molinos | $22,260,000 |
| 35 | 26/06/2009 | 50N-20164014 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No. 19-46 APTO 204 Edificio Santa Cruz De Los Molinos | $21,347,340 |
| 36 | 26/06/2009 | 50N-20164015 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No. 19-46 APTO 204 Edificio Santa Cruz De Los Molinos | $20,998,600 |
| 37 | 26/06/2009 | 50N-1159545 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 114-67 Apto 306 | $30,000,000 |

| No. | Fecha Bien Ocupado | Matricula | Propiedad De | Deparamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|-----|--------------------|-----------|--------------|-------------|-----------|--------|--------------|-----------|--------------------------|
| 38 | 26/06/2009 | 50N-2033246 | JAIME MOR GAVIRIA Y OTROS | Bogota | Bogota | Bogota | Urbano | Calle 114 No 6A-92 Local 130 C122'Centro Comercial Hacienda Santa Barbara | $205,000,000 |
| 39 | 26/06/2009 | 50N-20334114 | PROMOCIONES E INVERSIONES LAS PALMAS (PROPALMAS) S.A. | Bogota | Bogota | Bogota | Rural | Miravelles | $3,500,000 |
| 40 | 26/06/2009 | 50N-528774 | CONSA CONSTRUIMOS | Cundinamarca | Subachoque | Subachoque | Rural | San Jacinto | $100,000,000 |
| 41 | 26/06/2009 | 50N-1029908 | CONSA CONSTRUIMOS | Cundinamarca | Subachoque | Subachoque | Rural | | $100,000,000 |

The United States further moved the Court for entry of a forfeiture money judgment in the amount of $15,000,000.00, which, upon entry, shall become a final order of forfeiture as to defendant Fabio Enrique Ochoa-Vasco.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite *nexus* between the offenses charged in Count One of the Indictment and the specific assets identified above; all of the assets constitute proceeds obtained as a result of the conspiracy to import cocaine into the United States.

The Court further finds that the United States has established that at least $15,000,000.00 in proceeds were generated as a result of the conspiracy, which resulted in the importation or attempted importation of more than five tons of cocaine into the United States. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 434) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. §§ 853(a), 970, and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Fabio Enrique Ochoa-Vasco in the specific property referenced above, is hereby forfeited to the United States for disposition according to law.

It is further ORDERED that defendant Fabio Enrique Ochoa-Vasco is liable for a forfeiture money judgment in the amount of $15,000,000.00.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the specific property, and to enter any further orders necessary for the forfeiture and disposition of any property, belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the forfeiture money judgment, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cr-374.fj money 434.wpd

10