# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | CASE NUMBERS: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM |
| vs. | USM NUMBER: 06677-004 and 55788-279 |
| FABIO ENRIQUE OCHOA-VASCO | Defendant's Attorney: Roy J. Kahn, ret. |

THE DEFENDANT:

X pleaded guilty to Count ONE of the Indictment in Case No.: 8:04-cr-374-T-30AEP, Count ONE of the Superseding Indictment in Case No.: 8:09-cr-83-T-30MAP, and Count THREE of the Indictment in Case No.: 8:09-cr-149-T-30TBM

| TITLE & SECTION | NATURE OF OFFENSE | OFFENSE ENDED | COUNT |
|---|---|---|---|
| 21 U.S.C. §§ 963 and 960(b)(1)(B)(ii) | Conspiracy to Import 5 Kilograms or More of Cocaine | September 9, 2004 | One (Case No.: 8:04-cr-374-T-30AEP) |
| 21 U.S.C. §§ 952 and 963 | Conspiracy to Import Cocaine into the United States | July 1986 | One (Case No.: 8:09-cr-83-T-30MAP) |
| 21 U.S.C. §§ 952(a) and 963 | Conspiracy to Import 5 Kilograms or More of Cocaine and 1,000 Kilograms or More of Marijuana into the United States | October 21, 2987 | Three (Case No.: 8:09-cr-149-T-30TBM) |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_ The defendant has been found not guilty on count(s)
X Counts TWO and THREE of the Indictment in Case No.: 8:04-cr-374-T-30AEP, Counts TWO through NINETEEN of the Superseding Indictment and the underlying Indictment in Case No.: 8:09-cr-83-T-30MAP, and Count TWELVE of the Indictment in Case No.: 8:09-cr-149-T-30TBM are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence: June 2, 2010

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

DATE: June 2, 2010

Defendant: FABIO ENRIQUE OCHOA-VASCO
Case No.: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM

# IMPRISONMENT

After considering the advisory sentencing guidelines and all of the factors identified in Title 18 U.S.C. §§ 3553(a)(1)-(7), the court finds that the sentence imposed is sufficient, but not greater than necessary, to comply with the statutory purposes of sentencing.

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWO HUNDRED and TEN (210) MONTHS. This term consists of terms of 210 MONTHS as to Count One of the Superseding Indictment in Case No.: 8:09-cr-83-T-30MAP, and 210 MONTHS each as to Count Three of the Indictment in Case No.: 8:09-cr-149-T-30TBM and Count One of the Indictment in Case No.: 8:04-cr-374-T-30AEP, all such terms to run concurrently.

__X__ The court makes the following recommendations to the Bureau of Prisons: The defendant shall be placed in a correctional facility located in the state of Florida.

__X__ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

   ___ at ___ a.m./p.m. on ___.
   ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ___ before 2 p.m. on ___.
   ___ as notified by the United States Marshal.
   ___ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
___ at _____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
Deputy United States Marshal

AO 245B (Rev. 06/05) Sheet 3 - Supervised Release (Judgment in a Criminal Case)

| | | |
|---|---|---|
| Defendant: | FABIO ENRIQUE OCHOA-VASCO | Judgment - Page 3 of 6 |
| Case No.: | 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **5 YEARS (total). This term consists of a TWO (2) YEAR term as to Count One of the Superseding Indictment in Case No.: 8:09-cr-83-T-30MAP, and FIVE (5) YEARS each as to Count Three of the Indictment in Case No.:8:09-cr-149-T-30TBM and Count One of the Indictment in Case No.: 8:04-cr-374-T-30AEP, all such terms to run concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

__X__ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

__X__ The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Sheet 3C - Supervised Release (Judgment in a Criminal Case)

| | | |
|---|---|---|
| Defendant: | FABIO ENRIQUE OCHOA-VASCO | Judgment - Page 4 of 6 |
| Case No.: | 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM | |

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

X     The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

X     Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

X     The defendant shall cooperate in the collection of DNA as directed by the probation officer.

X     The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. The Court orders random drug testing not to exceed 104 tests per year.

AO 245B (Rev 06/05) Sheet 5 - Criminal Monetary Penalties (Judgment in a Criminal Case)

Defendant: FABIO ENRIQUE OCHOA-VASCO
Case No.: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM
Judgment - Page 5 of 6

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** |
|---|---|---|
| **Totals:** | $200.00 ($100 as to 04-cr-374; $50 each as to 09-cr-83 and 09-cr-149) | $25,000 (as to 04-cr-374) |

— The determination of restitution is deferred until ____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

— The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **Totals:** | $ | $ | |

— Restitution amount ordered pursuant to plea agreement $ _____.

— The defendant must pay interest on a fine or restitution of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

— The court determined that the defendant does not have the ability to pay interest and it is ordered that:

— the interest requirement is waived for the ___ fine ___ restitution.

— the interest requirement for the ___ fine ___ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev 06/05) Sheet 6 - Schedule of Payments (Judgment in a Criminal Case)

Defendant: FABIO ENRIQUE OCHOA-VASCO
Case No.: 8:04-cr-374-T-30AEP, 8:09-cr-83-T-30MAP, and 8:09-cr-149-T-30TBM
Judgment - Page 6 of 6

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A. __X__ Lump sum payment of $ 25,200 (Fine - $25,000 as to 04-cr-374; Special Assessment - 200.00 ($100 as to 04-cr-374; $50 each as to 09-cr-83 and 09-cr-149) due immediately, balance due

    ___ not later than _____, or

    ___ in accordance ___ C, ___ D, ___ E or ___ F below; or

B. ___ Payment to begin immediately (may be combined with ___ C, ___ D, or ___ F below); or

C. ___ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ days (e.g., 30 or 60 days) after the date of this judgment; or

D. ___ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____, (e.g., months or years) to commence _____ (e.g. 30 or 60 days) after release from imprisonment to a term of supervision; or

E. ___ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

F. ___ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

___ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

___ The defendant shall pay the cost of prosecution.

___ The defendant shall pay the following court cost(s):

__X__ The defendant shall forfeit the defendant's interest in the following property to the United States:

    The Court orders that the defendant forfeit to the United States immediately and voluntarily any and all assets previously identified in the Preliminary Order of Forfeiture [Dkt. 435] in Case No.: 8:04-cr-374-T-30AEP, that are subject to forfeiture. The Preliminary Order of Forfeiture is made a final order of forfeiture. The forfeiture order is made part of this judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                Case No. 8:04-cr-374-T-30AEP

FABIO ENRIQUE OCHOA-VASCO,

    Defendant.

**PRELIMINARY ORDER OF FORFEITURE FOR
SPECIFIC PROPERTY AND FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture (Doc. 434), pursuant to the provisions of 21 U.S.C. §§ 853(a), 970, and Fed. R. Crim. P. 32.2(b)(2), which, upon entry, shall become a final order of forfeiture as to defendant Fabio Enrique Ochoa-Vasco's right, title, and interest in the following specific property:

I.    **INDIVIDUALLY HELD ASSETS**

    (Approximate Value:$ 5,567,902.00)

    A.    *U.S. Assets Not Frozen By OFAC*

        1.    Wachovia Bank Account Number 1010038424508, held in the name of GLORIA ELISA BRISENO, with an approximate value of $47,902.18.

    B.    *U.S. Assets Frozen By OFAC*

1. The real property, including all improvements thereon and appurtenances thereto, located at 10441 S.W. 80th Street, Miami, Florida, and titled to FABIO OCHOA JR., with an approximate value of $100,000.00.

2. The real property, including all improvements thereon and appurtenances thereto, located at 10340 S.W. 154th Place, # 41, Miami, Florida, and titled to ANASTASHA OCHOA), with an approximate value of $130,000.00.

C. *Colombian Assets*

1. Colombian Soccer Player rights to SEBASTIAN HERNANDEZ, worth approximately $200,000.00.

2. Four apartments in Medellin associated with IRSA, with an approximate value of $800,000.00.

3. Island San Bernardo without title, which has an approximate value of $ 1,000,000.00.

4. One apartment in Bogota worth approximately $ 150,000.00.

5. HOTEL LA CASCADA in Girardot worth approximately $350,000.00.

D. *Mexican Assets*

1. Ten apartments in Cancun worth approximately $800,000.00.

2. 60 lots in Jilquipan worth approximately $180,000.00.

3. One lot in San Lucas Barriles worth approximately $60,000.00.

4. One lot in Michuacan worth $30,000.00.

5. Guadalajara Residence worth approximately $800,000.00.

6. $300,000.00 loan to "Maestro" due on or about January 2010.

7. $420,000.00 loan to "Humberto" due in 2011.

8. Four lots in Guadalajara worth approximately $200,000.00

E. *Venezuelan Assets*

1. One Aircraft worth approximately $325,000.00.

## II. CORPORATE ASSETS

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| OFAC Designation of FEOV Entities 3/28/07 ||||| 
| ACUICOLA SANTA CATALINA S.A. | Jaime Mor Saab / Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc. 302, Bogota, Colombia | NIT # 830010809-5 | $245,338.57 |
| AQUAMARINA ISLAND INTERNATIONAL CORPORATION | Fabio Enrique Ochoa Vasco via Angel Gonzalez Betancur | Avenida Cuba Calle 38, Edificio Los Cristales Piso 3 Panama City, Panama | RUC # 2120851397079 | $0.00 |
| AUDITORES ESPECIALIZADOS LTDA | Fernando Maldonado Escobar | Calle 93 No. 14-20 Ofc. 611, Bogota, Colombia | NIT # 830041980-1 | $14,720.31 |
| C.I OTILIA FLOWERS S.A. | Marco Antonio Gil Garzon | Carrera 11 No. 94-02 Ofc 405, Bogota, Colombia | NIT # 800207350-5 | $24,533.86 |
| CABLES NACIONALES S.A | Ricardo Castro Garzon | Calle 111 No. 34-139, Barranquilla, Colombia | NIT # 802005017-7 | $0.00 |
| CASTRO CURE Y CIA S EN C | Ricardo Castro Garzon | Calle 111 No. 34-139, Barranquilla, Colombia | NIT # 802001885-5 | $98,135.43 |
| CENTRO DE BELLEZA SHARY VERGARA | Carlos Heneris Varela Serna | Carrera 54 No. 72-80 Local 25, Barranquilla, Colombia | | $0.00 |
| COMERCIALIZADORA MOR GAVIRIA S.A | Jaime Mor Saab | Avenida Pedro Vicente Maldonado N229 y Rivas, Edificio Centro Comercial El Recreo Local 24F Pichincha, Quito, Ecuador | RUC # 1791813359001 | $0.00 |
| COMERCIALIZADORA MORDUR S A | Jaime Mor Saab | Avenida Pedro Vicente Maldonado 14-205, Edificio Centro Comercial El Recreo, Local 22F, Pichincha, Quito, Ecuador | RUC # 1791315820001 | $0.00 |
| CONSTRUCTORA AMERICA S A | Marco Antonio Gil Garzon | Carrera 63 No 17-07 Bogota Colombia | NIT # 830125002-3 | $0.00 |
| CONSTRUCTORA IRAKA S.A. | Jaime Mor Saab / Marco Antonio Gil Garzon | Carrera 7 No. 132-82 Bogota, Colombia | NIT # 830111113 1 | $196,370.85 |
| COOPERATIVA DE SERVICIO DE TRANSPORTE DE CARGA DE COLOMBIA LTDA. | Carlos Heneris Varela Serna | Calle 30 No. 10-50, Barranquilla, Colombia | NIT # 802019665-0 | $0.00 |
| CURE SABAGH Y CIA S.C.S | Ricardo Castro Garzon | Calle 32 No. 43A-89, Barranquilla, Colombia | NIT # 802000463-6 | $24,533.86 |
| DESARROLLO GEMMA CORPORATION | Martin HODWALKER MARTINEZ | Calle 52 Bella Vista Chalet # 17 Panama City, Panama | RUC # 25544701403775 | $0.00 |

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| DURATEX S.A | Fabio Enrique Ochoa Vascovia Jaime Mor Saab | Carrera 63 No. 17-07 Bogota, Colombia, | NIT # 800054668-3 | $500,000.00 |
| FISHING ENTERPRISE HOLDING, INC. | Fabio Enrique Ochoa Vascovia Angel Gonzalez Betancur | Avenida Samuel Lewis, Edificio Comosa, Piso 16, Panama City, Panama | RUC # 2120741397076 | $0.00 |
| FLORIDA SOCCER CLUB S.A | Fabio Enrique Ochoa Vasco | Calle 48 No. 70-80 Ofc 115, Medellin, Colombia | NIT # 811046159 | $392,541.71 |
| FUDIA LTDA. | Ricardo Castro Garzon | Calle 111 No. 36B-17, Barranquilla, Colombia | NIT # 800230555-4 | $24,533.86 |
| GAVIRIA MOR Y CIA. LTDA. | Jaime Mor Saab | Calle 16 No. 11-82 Ofc. 302, Girardot, Colombia | NIT # 800212771-2 | $14,720.31 |
| GERENCIA DE PROYECTOS Y SOLUCIONES LTDA | Jaime Mor Saab / Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc 302, Bogota, Colombia | NIT # 800231600-2 | $4,906.77 |
| GIMNASIO BODY AND HEALTH | Fernando Alberto Fernandez Castro ("Fercho") | Calle 80 No. 75-210, Barranquilla, Colombia | | $0.00 |
| HOTEL LA CASCADA S.A. | Fabio Enrique Ochoa Vasco | Carrera 12 Avenida 25 Esquina, Girardot, Colombia | NIT # 890601336-8 | $373,895.98 |
| INMOBILIUM INVESTMENT CORP | Fabio Enrique Ochoa Vascovia Porfirio Cadenas Viramontes | Avenida Frederico Boyd y Calle 51, Edificio Torre Universal, Piso 3 Panama City, Panama | RUC # 4055231267286 | $0.00 |
| INTERNACIONAL DE PROYECTOS INMOBILIARIA IPI S.A | Jaime Mor Saab | Avenida Pedro Vicente Maldonado 744, Edificio Centro Comercial El Recreo, Local 241, Pichincha, Quito, Ecuador | RUC # 1791843436001 | $0.00 |
| INVERSIONES AGROPECUARIA ARIZONA LTDA | Ricardo Castro Garzon | Calle 82 No. 43-21 Ofc 1C, Barranquilla, Colombia | NIT # 802019694 | $0.00 |
| INVERSIONES MPS S.A | Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc 302 Bogota, Colombia | NIT # 800231392-5 | $245,338.57 |
| INVERSIONES Y REPRESENTACIONES S.A. | Fabio Enrique Ochoa Vasco | Carrera 43A No. 16A Sur 38, Barrio El Poblado, Medellin, Colombia | NIT # 811040270-5 | $392,541.71 |
| KARIAN LTDA | Jorge Mor Nassar and family | Calle 23 No. 68A-95, Bogota, Colombia | NIT # 800166692-1 | $33,366.05 |
| LAVADERO EL CASTILLO | Ricardo Castro Garzon | Carrera 84 No. 32B-40, Medellin, Colombia | | $0.00 |
| LIZZY MUNDO INTERIOR | Fabio Enrique Ochoa Vasco | Justo Sierra 1963 Guadalajara, Jalisco, Mexico | | $0.00 |
| MARTIN HODWALKER M. & CIA. S EN C | Martin David Hodwalker Martinez | Via 40 No. 67-42, Barranquilla, Colombia | NIT # 802007314-9 | $588,812.50 |
| MAYOR COMERCIALIZADORA LTDA. | Jorge Mor Nassar and family | Carrera 40 No. 169-30 Barrio Tobenn Bogota, Colombia | NIT # 80008288-4 | $245,338.57 |
| MC OVERSEAS TRADING COMPANY SA DE CV | Fabio Enrique Ochoa Vasco | Justo Sierra 1963, Guadalajara, Jalisco Mexico | | $0.00 |

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| MOR ALFOMBRAS ALFOMBRIQUE S.A | Jorge Mor Nassar and family | Carrera 40 No. 169-32, Bogota Colombia | NIT # 830081048-0 | $392,541.71 |
| MOR GAVIRIA Y CIA S.C.S. SOCIEDAD DE COMERCIALIZACION INT C.I. | Jaime Mor Saab | Carrera 63 No 17-07, Bogota, Colombia | NIT # 860535567-0 | $0.00 |
| ORIMAR LTDA | Ricardo Castro Garzon cousins | Carrera 19 No 57-33, Bogota, Colombia | NIT # 801076804-7 | $14,720.31 |
| OVERSEAS TRADING COMPANY | Fabio Enrique Ochoa Vasco | 7A Avenida 9-15 Zona 12 Colonia La Reforma, Guatemala City, Guatemala | NIT # 250097I-0 | $0.00 |
| PROMOCIONES E INVERSIONES LAS PALMAS S.A. | Jaime Mor Saab / Gustavo Pabon Alvarado | Carrera 9 No. 100-97 Ofc. 412, Bogota, Colombia | NIT # 800236023-5 | $2,257,114.82 |
| PROYECTOS Y SOLUCIONES INMOBILIARIA LTDA. | Jaime Mor Saab / Gustavo Pabon Alvarado | Avenida 13 No. 100-12 Ofc. 302, Bogota, Colombia | NIT # 800014349-8 | $254,514.23 (Colombia) |
| PROYECTOS Y SOLUCIONES S.A. | Jaime Mor Saab / Gustavo Pabon Alvarado | Carrera 63 No. 17-07, Bogota, Colombia | NIT # 800231601-1 | $0.00 |
| ROCK FISH IMPORT EXPORT E.U. | Javier Hooker Taylor | Avenida Juan XXIII, San Andres, Colombia | NIT # 827000913-1 | $0.00 |
| SUPER BOYS GAMES LTDA. | Jaime Mor Saab | Carrera 40 No. 168-67, Bogota, Colombia | NIT # 830004047-5 | $19,627.09 |
| TRANSPORTES MICHAEL LTDA. | Carlos Henens Varela Serna | Calle 30 No. 10-50, Barranquilla, Colombia | NIT # 802024118-3 | $196,270.85 |
| VERANILLO DIVE CENTER LTDA | Martin Hodwalker Martinez | Via 40 No. 67-42, Barranquilla, Colombia | NIT # 802008393-5 | $0.00 |
| YAMAHA VERANILLO DISTRIBUIDORES | Martin Hodwalker Martinez | Via 40 No. 67-42, Barranquilla, Colombia | | $0.00 |
| OFAC Designation of FEOV Entities 6/12/09 | | | | |
| CIMIENTOS LA TORRE S.A. DE C V | Luis Pacheco Mejia | Calle San Uriel 690, Interior 10, Piso 4, Colonia Chapalita, Guadalajara, Jalisco, Mexico | | $378,678.87 |
| COMERCIALIZADORA DE CAPITALES LTDA | John Jairo Gallego Valencia | Carrera 48C No. 15 Sur-68, Medellin, Colombia; Carrera 43C No 70-73, Piso 2, Medellin, Colombia | NIT # 811032525-4 | $336,469.81 |
| CORPORACION DE CONSULTORIA, ASESORIA, PRESTACION DE SERVICIOS Y DOTACION DE ELEMENTOS Y SUMINISTROS CIA. LIMITADA (CORDES CIA. LTDA.) | Angel Horacio Gonzalez Betancur | Calle 71C No. 4N-19, Cali, Colombia | NIT # 830502730-4 | $44,160.94 |
| CUMBRES SOLUCIONES INMOBILIARIAS S A DE C.V | Cesar Alejandro Hernandez Ortega | Avenida Miguel Angel 18 Colonia Real Vallarta, Zapopan, Jalisco, Mexico | | $378,678.87 |
| GRANOPRODUCTOS AGRICOLAS S.A. DE C.V | Luis Pacheco Mejia | Zona Conurbada, Guadalajara, Jalisco, Mexico | | $11,360.37 |
| GRUPO C.L.P. CONSTRUCTORA S.A. DE C.V | Luis Pacheco Mejia | Calle San Uriel 690, Interior 10, Piso 4, Colonia Chapalita, Guadalajara, Jalisco, Mexico | | $5,680.18 |

5

| ENTITY | OWNER | LOCATION | ID NO. | ESTIMATED VALUE (USD) |
|---|---|---|---|---|
| GRUPO CONSTRUCTOR INMOBILIARIO PACAR S.A. DE C.V. | Luis Pacheco Mejia | Guadalajara, Jalisco, Mexico | | $3,786.79 |
| HODWALKER Y LEAL Y CIA. S.C.A. | Martin David Hodwalker Martinez | Via 40 No. 67-20/42, Barranquilla, Colombia | NIT # 900074434 | $471,050.05 |
| KELVEDON LIMITED | Jaime Mor Saab | 1446 West Bay Road, Georgetown, Grand Cayman, Cayman Islands | | $50,000.00 |
| MIRASOL INTERNATIONAL LIMITED | Jaime Mor Saab | Road Town, Tortola, British Virgin Islands | | $50,000.00 |
| MISION INMOBILIARIA LIMITADA | Gustavo Pabon Alvarado | Calle 100 No. 60-04, Oficina 506, Bogota, Colombia | NIT # 900146213-4 | $7,360.16 |
| PARQUE ECOLOGICO RECREACIONAL DE LAS AGUAS DE GIRARDOT LIMITADA | Jaime Mor Saab | Carrera 19 No 28-200 Barrio Gaitan, Girardot, Colombia | NIT # 900034947-0 | $2,894,995.09 |
| SHARDAE VENTURES INC. | Jaime Mor Saab | Road Town, Tortola, British Virgin Islands | | $50,000.00 |
| TECNICAR DIAGNOSTICENTRO S.A. | John Jairo Gallego Valencia | Carrera 48 No. 25AA Sur-13 Barrio Las Vegas, Envigado, Colombia | NIT # 811046795-7 | $147,203.14 |
| YAMAHA MUNDIAL LIMITADA | Martin David Hodwalker Martinez | Carrera 4 No. 5A-03, Santa Marta, Colombia | NIT # 900016791-2 | $7,360.16 |
| | | | TOTAL (USD): | $11,391,102.38 |

## Colombian Seized Assets

| No. | Fecha Bien Ocupado | Matricula | Propiedad De | Deparamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 26/06/2009 | 50N-20109427 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 2 | 26/06/2009 | 50N-20109426 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 3 | 26/06/2009 | 50N-20109428 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 4 | 26/06/2009 | 50N-20109454 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 5 | 26/06/2009 | 50N-20109461 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 6 | 26/06/2009 | 50N-20109463 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 7 | 26/06/2009 | 50N-20109460 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |

| No. | Fecha Bien Ocupado | Matricula | Propiedad De | Departamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 26/06/2009 | 50N-20109575 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 9 | 26/06/2009 | 50N-20109576 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 10 | 26/06/2009 | 50N-20109577 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 11 | 26/06/2009 | 50N-20109600 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 12 | 26/06/2009 | 50N-20109601 | AUDITORES ESPECIALIZADOS LTDA | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 127A-48 o AK 15 No127B - 78 | $660,000,000 |
| 13 | 26/06/2009 | 50N-20488325 | ACSA ACROPOLIS CONSTRUCCIONE S S.A | Bogota | Bogota | Bogota | Urbano | Calle 101 No 17- 26 APTO 302 Edificio Navarra 101 P.H | $190,000,000 |
| 14 | 26/06/2009 | 50N-20488333 | ACSA ACROPOLIS CONSTRUCCIONE S S.A | Bogota | Bogota | Bogota | Urbano | Calle 101 No 17- 26 APTO 302 Edificio Navarra 101 P.H | $320,000,000 |
| 15 | 26/06/2009 | 50N-20488328 | ACSA ACROPOLIS CONSTRUCCIONE S S.A | Bogota | Bogota | Bogota | Urbano | Calle 101 No 17- 26 APTO 302 Edificio Navarra 101 P.H | $216,000,000 |
| 16 | 26/06/2009 | 176-61947 | LUIS FERNANDO VILLAMARIN RAMIREZ Y SORAYA MOOR SAAB | Cundinamarca | Sopo | Aposentos | Urbano | Parcelacion Aposentos Propiedad Horizontal Lote No 10 | $26,000,000 |
| 17 | 26/06/2009 | 50N-20034436 | FERNANDO MALDONADO ESCOBAR Y CLAUDIA CRISTINA SERNA GALLEGO | Bogota | Bogota | Bogota | Urbano | Carrera 49 No 128-68 In 53 Conjunto Residencial Plazuela De Iberia | $140,000,000 |
| 18 | 26/06/2009 | 176-62251 | ERIKA LANGTON DE CAICEDO | Cundinamarca | Sopo | Aposentos | Rural | Parcelacion Aposentos Propiedad Horizontal Lote 313 | $25,000,000 |
| 19 | 26/06/2009 | 307-751 | LILIANA GAVIRIA DE MOR Y OTROS | Cundinamarca | Girardot | Girardot | Urbano | Calle 16 Oficina No 302 Edificio Colseguros | $56,000,000 |
| 20 | 26/06/2009 | 307-6060 | SOCIEDAD LAJEAN LTDA | Cundinamarca | Bogota | Bogota | Bogota | Condominio Campestre El Peñol Segundo Sector Lote No 70 | $25,000,000 |
| 21 | 26/06/2009 | 307-43478 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 17 No 10-29 Edificio Centro Comercial El Tunel De Girardot Local 101 | $7,000,000 |
| 22 | 26/06/2009 | 307-56779 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Carrera 8 No 29- 09 o Calle 29 No 78-18 MAZ E Lote 2 | $132,357,000 |

7

| No. | Fecha Bien Ocupado | Matricula | Propiedad De | Deparamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|---|---|---|---|---|---|---|---|---|---|
| 23 | 26/06/2009 | 307-752 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 16 Oficina No 303 Edificio Colseguros | $7,500,000 |
| 24 | 26/06/2009 | 307-753 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 16 Oficina No 303A Edificio Colseguros | $7,500,000 |
| 25 | 26/06/2009 | 307-56780 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Carrera 8 No 29-09 o Calle 29 No 7B-30 MAZ E Lote 3 | $132,357,000 |
| 26 | 26/06/2009 | 307-43481 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 17 No 10-29 Edificio Centro Comercial El Tunel De Girardot Local 104 | $11,000,000 |
| 27 | 26/06/2009 | 307-26483 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Calle 30 No 7A-28 Urbanizacion La Magdalena | $24,000,000 |
| 28 | 26/06/2009 | 307-27097 | LILIANA GAVIRIA DE MOR Y OTRA | Cundinamarca | Girardot | Girardot | Urbano | Carrera 7B No 29-27 | $99,946,671 |
| 29 | 26/06/2009 | 50C-1437778 | LILIANA GAVIRIA DE MOR | Bogota | Girardot | Girardot | Urbano | Edificio Aparta Suites Calle 95 | $125,040,000 |
| 30 | 26/06/2009 | 50N-973161 | CLAUDIA CRISTINA SERNA GALLEGO | Bogota | Bogota | Bogota | Urbano | Transversal 10 No 101-07 Oficina 412 Piso 4 Edificio Round Point Calle 100 | $34,600,000 |
| 31 | 26/06/2009 | 366-12090 | SILVIO YEPE VELEZ | Tolima | Carmen De Apicala | Oloche | Rural | El Cerrito o Sector D | $8,500,000 |
| 32 | 26/06/2009 | 307-69219 | PARQUE ECOLOGICO RECREACIONAL DE LAS AGUAS DE GIRARDOT LTDA | Cundinamarca | Girardot | Girardot | Urbano | Lote | $2,274,672,000 |
| 33 | 26/06/2009 | 50N-20164005 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No 19-48 APTO 204 Edificio Santa Cruz De Los Molinos | $22,260,000 |
| 34 | 26/06/2009 | 50N-20164006 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No 19-48 APTO 204 Edificio Santa Cruz De Los Molinos | $22,260,000 |
| 35 | 26/06/2009 | 50N-20164014 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No 19-48 APTO 204 Edificio Santa Cruz De Los Molinos | $21,347,340 |
| 36 | 26/06/2009 | 50N-20164015 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Calle 104A No 19-48 APTO 204 Edificio Santa Cruz De Los Molinos | $20,998,800 |
| 37 | 26/06/2009 | 50N-1159545 | MARIA JESUS ALVARADO DE PABON | Bogota | Bogota | Bogota | Urbano | Avenida 15 No 114-67 Apto 306 | $30,000,000 |

The United States further moved the Court for entry of a forfeiture money judgment in the amount of $15,000,000.00, which, upon entry, shall become a final order of forfeiture as to defendant Fabio Enrique Ochoa-Vasco.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite *nexus* between the offenses charged in Count One of the Indictment and the specific assets identified above; all of the assets constitute proceeds obtained as a result of the conspiracy to import cocaine into the United States.

The Court further finds that the United States has established that at least $15,000,000.00 in proceeds were generated as a result of the conspiracy, which resulted in the importation or attempted importation of more than five tons of cocaine into the United States. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 434) of the United States is hereby GRANTED.

| NO. | Fecha Bien Ocupado | Matricula | Propiedad De | Departamento | Municipio | Vereda | Tipo De Bien | Direccion | Valor Comercial En Pesos |
|---|---|---|---|---|---|---|---|---|---|
| 38 | 26/06/2009 | 50N-2032246 | JAIME MOR GAVIRIA Y OTROS | Bogota | Bogota | Bogota | Urbano | Calle 114 No 6A-92 Local 130 C122 Centro Comercial Hacienda Santa Barbara | $205,000,000 |
| 39 | 26/06/2009 | 50N-2033414 | PROMOCIONES E INVERSIONES LAS PALMAS (PROPALMAS) S.A. | Bogota | Bogota | Bogota | Rural | Miravalles | $3,500,000 |
| 40 | 26/06/2009 | 50N-528774 | CONSA CONSTRUIMOS | Cundinamarca | Subachoque | Subachoque | Rural | San Jacinto | $100,000,000 |
| 41 | 26/06/2009 | 50N-1029908 | CONSA CONSTRUIMOS | Cundinamarca | Subachoque | Subachoque | Rural | | $100,000,000 |

6

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. §§ 853(a), 970, and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of defendant Fabio Enrique Ochoa-Vasco in the specific property referenced above, is hereby forfeited to the United States for disposition according to law.

It is further ORDERED that defendant Fabio Enrique Ochoa-Vasco is liable for a forfeiture money judgment in the amount of $15,000,000.00.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the specific property, and to enter any further orders necessary for the forfeiture and disposition of any property, belonging to the defendant, which the United States is entitled to seek as substitute assets, up to the amount of the forfeiture money judgment, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2004\04-cr-374.fj money 434.wpd