UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-374-T-30AEP

FABIO ENRIQUE OCHOA-VASCO

**FINAL ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Order of Forfeiture (Doc. 472), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for Wachovia Bank Account Number 1010038424508, held in the name of Gloria Elisa Briseno, with an approximate value of $47,902.18.

Being fully advised in the premises, the Court finds that on March 26, 2010, a Preliminary Order of Forfeiture for Specific Property and Forfeiture Money Judgment was entered, forfeiting to the United States all right, title, and interest of defendant Fabio Enrique Ochoa-Vasco in the property referenced above. Doc. 435.

The Court further finds that the only person or entity, other than the defendant, known to have an alleged interest in the bank account is the defendant's wife Gloria Elisa Briseno-Mar and on February 25, 2010, she agreed to forfeit the bank account based on her husband's cooperation. Doc. 436.

The Court further finds that on June 2, 2010, the defendant was sentenced and the forfeiture was included in his Judgment in a Criminal Case. Docs. 444 and 446.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the property on the official government website, www.forfeiture.gov, from April 2, 2010 through May 1, 2010. Doc. 460. The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that no persons or entities, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and his wife Gloria Briseno-Mar, who agreed to forfeit the referenced bank account, are known to have an interest in the property. No third party has filed a petition or claimed an interest in the property, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 472) is GRANTED.

2

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the property is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 2, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2004\04-cr-374.forfeit 472.wpd

3