UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-374-T-30AEP

FABIO ENRIQUE OCHOA-VASCO

**FINAL JUDGMENT OF FORFEITURE FOR SPECIFIC PROPERTY**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 484), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following real properties:

a. The real property, including all improvements thereon and appurtenances thereto, located at 10441 S.W. 80th Street, Miami, Florida, and titled to FABIO OCHOA JR., with an approximate value of $100,000.00, which is legally described as follows:

Lot 281, in SUNSET PARK LAKE VILLAS SECTION II, according to the Plat thereof, as recorded in Plat Book 93, at Page 38, of the Public Records of Miami-Dade County, Florida; and

b. The real property, including all improvements thereon and appurtenances thereto, located at 10340 S.W. 154th Place, # 41, Miami, Florida, and titled to ANASTASHA OCHOA, with an approximate value of $130,000.00, which is legally described as follows:

Unit No. 41, in Building 7, of the CHATEAUBLEU AT THE HAMMOCKS, PHASE I, a Condominium according to the Declaration thereof, as recorded in Official Records Book 12640, Page 1895, as amended, of the Public Records of Miami-Dade County, Florida. -00000-4460.

Being fully advised in the premises, the Court finds that on March 26, 2010, a Preliminary Order of Forfeiture for Specific Property and Forfeiture Money Judgment was entered, forfeiting to the United States all right, title, and interest of defendant Fabio Enrique Ochoa-Vasco in the real properties referenced above. Doc. 435.

The Court further finds that on June 2, 2010, the defendant was sentenced and the forfeiture was included in his Judgment in a Criminal Case. Docs. 444 and 446.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the real properties on the official government website, [www.forfeiture.gov](www.forfeiture.gov), from April 2, 2010 through May 1, 2010. Doc. 460. The publication gave notice to all third parties with a legal interest in the real properties to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that the only persons or entities, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and the Tax Collector, Fabio Ochoa, Jr., Kendalltown HOA, Anastasia Ochoa, and the Hammocks HOA, are known to have an interest in the real

properties. No third party has filed a petition or claimed an interest in the real properties, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 484) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the real properties are CONDEMNED and FORFEITED to the United States for disposition according to law. Any interest held in the real properties by Tax Collector, Fabio Ochoa, Jr., Kendalltown HOA, Anastasia Ochoa, and the Hammocks HOA are EXTINGUISHED.

Clear title to the real properties are now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on April 9, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cr-374.fj forfeit 484 Vasco.wpd

3